United States District Court
Eastern District of North Carolina
Western Division

Case No. 1:25-cv-00144-GM

(To be filled out by Clerk's Office only)

FILED
CHARLOTTE, NC

MAY 14 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Quamaine lee massey

_____

(In the space above enter the full name(s) of the plaintiff(s).)

Inmate Number 1505530

-against-

Frank D whitney 'etal'
Jeff Jackson 'etal'

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

**COMPLAINT**

(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Quamaine Massey
Name

1505530
Prisoner ID #

Alexander Correctional Institution
Place of Detention

633 Old Landfill Road
Institutional Address

Taylorsville / NC / 28681
City / State / Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee  [ ] State  [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Frank D Whitney**
Name

**District Court Judge WDNC U.S.**
Current Job Title

**100 Otis Street**
Current Work Address

**Asheville**   **NC**   **28801**
City   State   Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

Defendant 2: **Jeff Jackson**
Name

**Attorney Gen**
Current Job Title

**1234 Mail Service Center**
Current Work Address

**Raleigh**   **NC**   **27699**
City   State   Zip Code

Capacity in which being sued: ☑ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: U.S District Court Western District of NC Asheville

Date(s) of occurrence: 8-30-2023 until 3-17-2025 and 3/13/2025

State which of your federal constitutional or federal statutory rights have been violated:

Liabilities for official acts Discrimination

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Due to my civil case 1:23-CV-00361-FDW cruel and unusual punishment excessive force, as on 8-30-2023 at marion correctional institution upper E unit E440-11 officer Christopher Dylan Hendley approached my cell then pulled my whole right arm out the wicked trap while slamming my body up against the cell door 4 to 5 times intentionally maliciously. I've presented facts in court to District judge Frank D Whitney such as the surveillance footage videos No. video 4 - video - 170428 and No. video - 17249 as the defendant premeditated submitted a Destroyed or Altered surveillance footage which have my location incorrect and refused to show the use of force. I've presented the Ajo cream, ice packs and pills I got from the nurse prior to my injuries. On 3-17-2025 District judge Frank D Whitney been Discriminating against me by stricken my proof Documents and then Granting all the defendants motion such as Summary judgment. The judge Frank D Whitney has ordered a reentry instead of Granting relief and holding the Defendant accountable for cruel and unusual punishment excessive force.

**What happened to you?**

District court Judge Frank D Whitney showed favor for a official in the Same western District and have Discriminated against me by ignoring all the facts that i presented such as the Defendent Submitted a Destroyed and Altered surveillance footage, photo Location and incident Report to my Claim. I also presented my injuries
Frank D Whitney ordered a reentry to prolong my case and ignore my facts and Relief.
Jeff Jackson the Attorney Gen for the State Tort are conspiracey to my Claim, as the Same above.

**When did it happen to you?**

3-17-2025 and 3-13-2025

**Where did it happen to you?**

District court Asheville Division western of North Carolina.

| What was your injury? | Body, wrist gashed and shoulder damaged |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

13,000,000 million money Damages

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? ____Yes____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____N/A_____

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

Dated: 4/22/2025

Plaintiff's Signature: Quamaine Massey

Printed Name: Quamaine Massey

Prison Identification #: 1505530

Prison Address: 633 Old Landfill Road  City: Taylorsville  State: NC  Zip Code: 28681